UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ORLANDO ARELLANO-TORRES,<br><br>    Defendant. | NO. CR-11-00047-JLQ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    BEFORE THE COURT is the Government's Motion for Order of Dismissal with Prejudice (ECF 22), filed May 19, 2011.  This matter is set for pretrial conference on May 20, 2011 @ 10 a.m.

    The Government's Motion for Order of Dismissal with Prejudice (ECF 22) is hereby **GRANTED**.  Pursuant to Fed.R.Crim.P. 48(a), leave of court is granted for dismissal.  The court makes no judgment as to the merit or wisdom of this dismissal.  The pretrial conference is accordingly stricken.

    **IT IS SO ORDERED**. The Clerk of this court shall enter this Order, forward copies to counsel and to the U.S. Marshal, and close this file.

    **DATED** this 19th  day of May 2011.

                              s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                     SENIOR UNITED STATES DISTRICT JUDGE